IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| BILLY JOE WALKER, | ) | |
| Plaintiff, | ) | Civil Action No. 7:13cv00425 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| J. OWENS, *et al.*, | ) | By: Norman K. Moon |
| Defendants. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** that Walker's motion to amend (Docket No. 55) is **GRANTED**, defendants' motion to dismiss (Docket No. 41) is **GRANTED in part** as to defendants Owens, Gibson, Miller, Franklin, L. Mullins, R. Mullins, Messer, Pease, Stanley, Bunch, Swiney, Walrath, Mathena, Huff, Moceri, Hinkle, and Clarke, and **DENIED in part** as to defendants Sykes, Still, and Tate; defendants Sykes, Still, and Tate are **DIRECTED** to **FILE**, within thirty days from the entry of this order, an Answer and, pursuant to Standing Order No. 2013-6, a motion for summary judgment, supported by affidavit(s). Walker's motion for reconsideration (Docket No. 50) of the order denying his motion for partial summary judgment is **DENIED**. Walker's motion concerning discovery (Docket No. 49) is **GRANTED** to the extent that Walker shall submit all discovery requests related to the remaining claims and defendants within twenty days of the entry of this order and defendants Sykes, Still, and Tate are **DIRECTED** to respond to those requests within sixty days of the entry of this order. This order shall supersede all prior orders concerning discovery. The Clerk shall **TERMINATE** Owens, Gibson, Miller, Franklin, L. Mullins, R. Mullins, Messer, Pease, Stanley, Bunch, Swiney, Walrath, Mathena, Huff, Moceri, Hinkle, and Clarke as defendants to this action.

ENTER: This 27th day of March, 2015.

*/s/ Norman K. Moon*
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE