IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| BILLY JOE WALKER, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:13cv00425 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| J. OWENS, *et al.*, | ) | By: Norman K. Moon |
|     Defendants. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** that defendants' motion for summary judgment (Docket No. 63) is **DENIED**, Walker's motion to compel discovery (Docket No. 69) is **DENIED without prejudice**, Walker's motion "for a spoliation holding" is **DENIED without prejudice** (Docket No. 70), and the Clerk **SHALL** set this matter for a seven-member jury trial in the Big Stone Gap Division.

The Clerk is directed to send a copy of this order and the accompanying memorandum opinion to the parties.

ENTER: This 26th day of January, 2016.

/s/ Norman K. Moon
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE